## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and )
KATHERINE L. SILICATO, individually,   )          C.A. NO. 1:07-cv-00557-GMS
                                        )
            *Plaintiffs,*                )
        vs.                             )
                                        )
TIMOTHY RYAN RICHARDSON,                )
individually, and                       )
CHARLES A KLEIN & SONS INC,             )
a Foreign Corporation,                  )
                                        )
            *Defendants.*                )

## <u>AMENDED COMPLAINT</u>

The plaintiffs amend their complaint in the above cause by filing an affidavit made on

behalf of the plaintiffs as to the Defendant's non-resident, the said CHARLES A. KLEIN &

SONS, INC., and of the sending of a copy of the Complaint with Process and Notice as required

by statute, the said affidavit with exhibits thereto to be considered incorporated in said

Complaint as a part thereof.

BY:    /s/ David P. Cline
       David P. Cline, Esq. (#2681)
       1300 North Market Street
       Suite 700
       Wilmington, DE 19801
       302-529-7848
       *Attorney for Plaintiffs*

Date:   October 18, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and  )
KATHERINE L. SILICATO, individually,   )        C.A. NO. 1:07-cv-00557-GMS
                                        )
            *Plaintiffs,*                )
         vs.                             )
                                        )
TIMOTHY RYAN RICHARDSON,                 )
individually, and                        )
CHARLES A KLEIN & SONS INC,              )
a Foreign Corporation,                   )
                                        )
            *Defendants.*                )

## <u>AFFIDAVIT</u>

STATE OF DELAWARE              :
                              : SS
NEW CASTLE COUNTY             :

BE IT REMEMBERED, that on this 18th day of October, A.D., 2007 personally came

before me, the subscriber, a Notary Public for the State of Delaware, David P. Cline, Esquire,

who being by me duly sworn according to law, deposes and says:

1. That he is the attorney for the above named plaintiffs.

2. To the best of my information and belief, on October 4, 2007, a notice was sent to

   defendant, CHARLES A. KLEIN & SONS, INC., by registered mail consisting of a copy

   of the process and complaint served upon the Secretary of State, and a statement that

   service of the original of such process has been made upon the Secretary of State and that

   such service is as effectual as if it had been made upon such nonresident personally

   within this state.

3. Attached as Exhibit "A" are the receipts given by the United States Post Office to me on

   October 4, 2007, the date of mailing of the notice to defendant.

4. Attached as Exhibit "B" is the original, signed green card returned by the United States Post Office on October 16, 2007.

5. The notice to defendant, CHARLES A. KLEIN & SONS, INC., as required by 10 <u>Del. C.</u> § 3112 was contained in the envelope at the time it was mailed.

6. Attached as Exhibit "C" is a copy of the notice which was sent to defendant, CHARLES A. KLEIN & SONS, INC., along with process and complaint.

7. Attached as Exhibit "D" is a copy of the letter that was sent along with the Notice.

_____
DAVID P. CLINE

SWORN to and SUBSCRIBED on this 18th day of October, 2007.

_____
NOTARY PUBLIC

Angela M. Spinella
Notary Public - State of Delaware
My Comm. Expires Aug. 1, 2009

Exhibit
A

```
                RODNEY SQUARE STATION
                  WILMINGTON, Delaware
                      198019998
                   3379300501 -0096
10/04/2007       (800)275-8777      05:13:53 PM

                    Sales Receipt
Product           Sale  Unit         Final
Description        Qty  Price        Price

WEST CHESTER PA 19380                $1.65
Zone-1 First-Class
Large Env
 5.60 oz.
 Return Rcpt (Green Card)            $2.15
 Registered                          $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671980US
                                   ========
 Issue PVI:                         $13.30

WEST CHESTER PA 19380                $1.65
Zone-1 First-Class
Large Env
 5.70 oz.
 Return Rcpt (Green Card)            $2.15
 Registered                          $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671976US
                                   ========
 Issue PVI:                         $13.30

BERLIN MD 21811 Zone-2               $1.31
First-Class Large Env
 3.40 oz.
 Return Rcpt (Green Card)            $2.15
 Registered                          $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671931US
                                   ========
 Issue PVI:                         $12.96

BERLIN MD 21811 Zone-2               $1.31
First-Class Large Env
 3.30 oz.
 Return Rcpt (Green Card)            $2.15
 Registered                          $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671945US
                                   ========
 Issue PVI:                         $12.96
```

```
SYKESVILLE MD 21784                  $1.31
Zone-2 First-Class
Large Env
 3.30 oz.
 Return Rcpt (Green Card)            $2.15
 Registered                          $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671959US
                                   ========
 Issue PVI:                         $12.96

SYKESVILLE MD 21784                  $1.31
Zone-2 First-Class
Large Env
 3.30 oz.
 Return Rcpt (Green Card)            $2.15
 Registered                          $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671962US
                                   ========
 Issue PVI:                         $12.96
                                   ========
Total:                              $78.44

Paid by:
Personal Check                      $78.44

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000400926332
Clerk: 04

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
      Thank you for your business.
*****************************************
*****************************************
       HELP US SERVE YOU BETTER

    Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

       YOUR OPINION COUNTS
*****************************************
*****************************************


              Customer Copy
```

| Registered No. RB295671962US | | Date Stamp |
|---|---|---|
| Reg. Fee **$9.50** | | |
| Handling Charge **$0.00** | Return Receipt **$2.15** | RODNEY SQ STA WILMINGTON DE 19801 0501 04 10/04/07 USPS |
| Postage **$1.31** | Restricted Delivery **$0.00** | |
| Received by | | |
| Customer Must Declare Full Value $ **$0.00** | ☐ With Postal Insurance ☐ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

**FROM**
Daniel P. Cline, Esq.
P.O. Box 33
Wilmington, DE 19899-0033

**TO**
Charles A. Klein + Sons, Inc
5 ~~SYKESVILLE MD 21784~~ Mull Rd
Sykesville, MD 21784

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®



**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Charles A. Klein + Sons, Inc.
5220 Klee Mill Rd
Sykesville, MD 21784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Patricia Kennedy_   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

PATRICIA KENNEDY

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☒ No

3. Service Type
- ☐ Certified Mail   ☐ Express Mail
- ☒ Registered   ☐ Return Receipt for Merchandise
- ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   RB 295 671 US

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



## David Cline

**From:** ded_nefreply@ded.uscourts.gov
**Sent:** Thursday, October 04, 2007 6:49 PM
**To:** ded_ecf@ded.uscourts.gov
**Subject:** Activity in Case 1:07-cv-00557-GMS Silicato et al v. Richardson et al Notice (Other)

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without
charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Cline, David on 10/4/2007 at 6:49 PM EDT and filed on
10/4/2007

**Case Name:**      Silicato et al v. Richardson et al
**Case Number:**    1:07-cv-557
**Filer:**          Russell L. Silicato
                    Katherine L. Silicato

**Document Number:** 3

**Docket Text:**
NOTICE of Long Arm Service of Process Under 10 Del. C. 3112 by Russell L. Silicato, Katherine L.
Silicato (Cline, David)

**1:07-cv-557 Notice has been electronically mailed to:**

David P. Cline    davidcline@mylawman.com

**1:07-cv-557 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/4/2007] [FileNumber=454504-0]
[73a5e14a56589195abd38bd4275dd8db340d710a5aa8a242fe1a8f4b01d104b97391
ce4d46a31d2f9dd784c05f55498339524f770b16889c81a2b849a52b341c]]

10/5/2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and ) | |
| KATHERINE L. SILICATO, individually, ) | C.A. NO. 1:07-cv-00557-GMS |
| ) | |
| *Plaintiffs,* ) | |
| vs. ) | |
| ) | |
| TIMOTHY RYAN RICHARDSON, ) | |
| individually, and ) | |
| CHARLES A KLEIN & SONS INC, ) | |
| a Foreign Corporation, ) | |
| ) | |
| *Defendants.* ) | |

### NOTICE

TO:    Charles A. Klein & Sons, Inc.
5220 Klee Mill Road
Sykesville, MD 21784

PLEASE TAKE NOTICE that the original of the enclosed Complaint was filed upon the Secretary of State of Delaware pursuant to 10 Del. C. Section 3112.

Service on the Secretary pursuant to 10 Del. C. Section 3112 is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

/s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 North Market Street
Suite 700
Wilmington, DE 19801
302-529-7848
*Attorney for Plaintiffs*

Date:  10/04/07

Letter to Defendant, Charles A. Klein & Sons,
Inc., regarding long arm service of process as
prescribed by Section 3112 of the Delaware
Code of 1953

# David P. Cline

*Attorney-at-Law*

Let Mylawman become Yourlawman.™

davidcline@mylawman.com

LICENSED TO PRACTICE IN
DE MD NJ NY & PA

FAX 302 654-0884

715 N. KING ST., 1ST FLOOR
PO BOX 33
WILMINGTON DE 19899-0033
302  529 – 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

**PLEASE NOTE NEW ADDRESS ABOVE: P.O. BOX REMAINS SAME**

October 4, 2007

Charles A. Klein & Sons, Inc.
5220 Klee Mill Road
Sykesville, MD 21784

**VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL**

Re:    Russell L. Silicato, et al. vs. Timothy Ryan Richardson, et al.
         Case No.: 07-557 GMS

To Whom It May Concern:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above. Thank you.

**Very truly yours,**

/s/ David P. Cline
(signed electronically)

**David P. Cline**

Enclosure
DPC/AS/a

Return of Service from Secretary of State for Defendant, Charles A. Klein & Sons, Inc., for long arm service of process as prescribed by Section 3112 of the Delaware Code of 1953

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

| | | |
|---|---|---|
| RUSSELL L. SILICATO, individually, and | ) | |
| KATHERINE L. SILICATO, individually, | ) | **SUMMONS IN A CIVIL CASE** |
| Plaintiffs, | ) | |
| V. | | |
| TIMOTHY RYAN RICHARDSON, individually and | ) | |
| CHARLES A. KLEIN & SONS, INC., a foreign | | |
| corporation, Defendants. | | CASE NUMBER:  7 - 5 5 7  GMS |

TO: (Name and address of Defendant)

CHARLES A. KLEIN & SONS, INC., a foreign corporation

5220 KLEE MILL ROAD

SYKESVILLE, MD  21784

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID P. CLINE, ESQUIRE

715 KING STREET, SUITE 100

P.O.BOX 33

WILMINGTON, DE  19899-0033

(302) 529-7848

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_P. Sheetin_

(By) DEPUTY CLERK

9/17/07

DATE

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>9/28/07 |
| NAME OF SERVER (PRINT)<br>GRANVILLE MORRIS | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐   Returned unexecuted: _____

☒   Other (specify):   SERVED: CHARLES A. KLEIN & SONS, INC. UNDER 10 DEL. CODE SEC 3112 C/O THE DELAWARE SECRETARY OF STATE TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/07
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Original Complaint Filed on September 17, 2007

07-557

%JS 44    (Rev. 11/04)

## CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** *Silicato, Russell & Katharine husband + wife, and individually*

**DEFENDANTS** *Richardson, Timothy Ryan, Individually*

**(b)** County of Residence of First Listed Plaintiff *New Castle*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant *Worcester*
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) *302-529-7848 715 King St, Ste. 101, Box 33, Wilm, De 19899-0033*

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL INJURY** ☐ 362 Personal Injury - Med. Malpractice | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 365 Personal Injury - Product Liability | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 861 HIA (1395ff) |
| ☐ 196 Franchise | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) ☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY** | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) ☐ 890 Other Statutory Actions |
| ☐ 210 Land Condemnation | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 864 SSID Title XVI ☐ 891 Agricultural Acts |
| ☐ 220 Foreclosure | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) ☐ 892 Economic Stabilization Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 444 Welfare | ☐ 530 General | | **FEDERAL TAX SUITS** ☐ 893 Environmental Matters |
| ☐ 240 Torts to Land | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 894 Energy Allocation Act |
| ☐ 245 Tort Product Liability | ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 ☐ 895 Freedom of Information Act |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| | | ☐ 555 Prison Condition | | ☐ 950 Constitutionality of State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): *28 U.S.C. § 1332 - Diversity*

Brief description of cause: *Personal Injury - Auto*

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE *None*    DOCKET NUMBER

DATE *9/17/07*    SIGNATURE OF ATTORNEY OF RECORD X *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and ) <br> KATHERINE L. SILICATO, individually, ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> vs. ) <br> ) <br> TIMOTHY RYAN RICHARDSON, ) <br> individually, and ) <br> CHARLES A KLEIN & SONS INC, ) <br> a Foreign Corporation, ) <br> ) <br> *Defendants.* ) | C.A. NO. |

## COMPLAINT

Plaintiffs, Russell L. Silicato and Katherine L. Silicato, through their counsel, David P. Cline, Esquire and Steven J. Stirparo, Esquire, say by way of Complaint that:

## JURISDICTION

### I.    JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1.    Jurisdiction is based on diversity of citizenship and the amount in controversy exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2.    Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

## VENUE

3.    Venue lies under 28 U.S.C. Section 1391.

## PARTIES

4.    Plaintiff, Russell L. Silicato, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 3080 Wrangle Hill Road, Bear, Delaware 19701.

Case 1:07-cv-00557-GMS     Document 8     Filed 10/18/2007     Page 20 of 28

Case 1:07-cv-00557-GMS     Document 3     Filed 10/04/2007     Page 10 of 15
Case 1:07-cv-00557-UNA     Document 1     Filed 09/17/2007     Page 2 of 5

5.    Plaintiff, Katherine L. Silicato, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 3080 Wrangle Hill Road, Bear, Delaware 19701, and is the wife of plaintiff, Russell L. Silicato.

6.    Defendant, Timothy Ryan Richardson, an individual, upon information and belief, is believed at all times pertinent hereto, a resident of the state of Maryland, residing at 8226 Shira Drive, Berlin, Maryland 21811.

7.    Defendant, Charles A. Klein & Sons Inc., a Foreign Corporation, upon information and belief, is believed to be at all times pertinent hereto, a Foreign Corporation of the state of Maryland, with its principal place of business located at 5220 Klee Mill Road, Sykesville, Maryland 21784.

8.    At all times pertinent hereto, defendant Timothy Ryan Richardson was acting within the course and scope of his employment with defendant Charles A. Klein & Sons Inc. Therefore, defendant Charles A. Klein & Sons Inc is responsible for the reckless, wanton and/or negligent actions and/or inactions of defendant Timothy Ryan Richardson as an agent, employee and/or servant under the doctrine of *Respondeat Superior* and the law of agency as the principal, employer or master.

## COUNT I

9.    Plaintiffs hereby incorporate paragraphs 1 through 8 as if fully set forth herein.

10.    On September 17, 2005, at approximately 11:50 a.m., plaintiff, Russell L. Silicato, was operating his motorcycle traveling in a southerly direction on Race Track Road, with his wife Katherine L. Silicato as his passenger.

11.    At the same time and place, defendant, Timothy Ryan Richardson, was operating a vehicle owned by Charles A. Klein & Sons Inc, traveling in a northerly direction on Race Track

Case 1:07-cv-00557-GMS    Document 8    Filed 10/18/2007    Page 21 of 28

Case 1:07-cv-00557-GMS    Document 3    Filed 10/04/2007    Page 11 of 15
Case 1:07-cv-00557-UNA    Document 1    Filed 09/17/2007    Page 3 of 5

Road and operated such vehicle in a negligent, careless and/or reckless manner, by failing to yield to oncoming traffic while attempting to make a left hand turn, causing his vehicle to violently collide into plaintiff, Russell L. Silicato's motorcycle.

12.    This incident was the result of the negligence, carelessness, and /or recklessness of the defendant, Timothy Ryan Richardson, and was not caused in any manner whatsoever by the act or failure to act on the part of the plaintiffs.

13.    The aforesaid collision and plaintiff Russell L. Silicato's resulting injuries and damages were proximately caused by the recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson in that he:

a.    failed to maintain a proper lookout while operating the vehicle he was driving;

b.    failed to give full time and attention to the operation of the vehicle he was driving;

c.    operated the vehicle he was driving in a careless and imprudent manner, without due regard for traffic conditions then existing;

d.    failed to exercise and maintain proper control over the vehicle he was driving;

e.    failed to give full time and attention to the operation of his motor vehicle; and

f.    violated the common-law duty of lookout.

14.    As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato suffered severe bodily injuries including, but not limited to, injuries to his neck, upper back, shoulders, ribs, right thumb, right hip, right foot and right arm. Some or all of his injuries have continued since the collision and are permanent in nature.

Case 1:07-cv-00557-GMS    Document 8    Filed 10/18/2007    Page 22 of 28

Case 1:07-cv-00557-GMS    Document 3    Filed 10/04/2007    Page 12 of 15
Case 1:07-cv-00557-UNA    Document 1    Filed 09/17/2007    Page 4 of 5

15.    As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato has incurred, and will continue to incur in the future, medical and related expenses for his care and treatment.

16.    As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

17.    As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato has sustained in the past and may sustain in the future a loss of earnings and/or earning capacity.

18.    As a further direct and proximate result of the recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato suffered the loss of consortium and companionship of her husband, Russell L. Silicato, as a result of his injuries.

## COUNT II

19.    Plaintiffs hereby incorporate paragraphs 1 through 18 as if fully set forth herein.

20.    As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato suffered severe bodily injuries including, but not limited to, injuries to her right knee. Some or all of her injuries have continued since the collision and are permanent in nature.

21.    As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato has incurred, and will continue to incur in the future, medical and related expenses for her care and treatment.

Case 1:07-cv-00557-GMS    Document 8    Filed 10/18/2007    Page 23 of 28
Case 1:07-cv-00557-GMS    Document 3    Filed 10/04/2007    Page 13 of 15
Case 1:07-cv-00557-UNA    Document 1    Filed 09/17/2007    Page 5 of 5

22.     As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

23.     As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato has sustained in the past and may sustain in the future a loss of earnings and/or earning capacity.

24.     As a further direct and proximate result of the recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato suffered the loss of consortium and companionship of his wife, Katherine L. Silicato, as a result of her injuries.

WHEREFORE, plaintiffs demand judgment against defendants, jointly and severally, for their special and general damages, including pain and suffering, punitive damages, attorney fees, pre and post judgment interest, the costs of this action and other such relief as the Court finds just.

DAVID P. CLINE, P.A.

BY: /s/ David P. Cline
David P. Cline, Esq. (#2681)
715 King Street, Suite 100
P.O. Box 33
Wilmington, DE  19899-0033
Attorney for Plaintiffs
(302) 529-7848

Dated: September 17, 2007

Case 1:07-cv-00557-GMS    Document 8    Filed 10/18/2007    Page 24 of 28
Case 1:07-cv-00557-GMS    Document 3    Filed 10/04/2007    Page 14 of 15
Case 1:07-cv-00557-UNA    Document 1-3    Filed 09/17/2007    Page 1 of 1

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ .. 5 7 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_17 Sept 2007_                _____
(Date forms issued)          (Signature of Party or their Representative)

                              _David P. Cline_
                             (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and )
KATHERINE L. SILICATO, individually,  )     C.A. NO. 1:07-cv-00557-GMS
                                       )
            *Plaintiffs,*               )
        vs.                            )
                                       )
TIMOTHY RYAN RICHARDSON,               )
individually, and                      )
CHARLES A KLEIN & SONS INC,            )
a Foreign Corporation,                 )
                                       )
            *Defendants.*               )

### <u>NOTICE OF SERVICE</u>

I, David P. Cline, Esquire, hereby certify that on this 4th day of October, 2007 copies of the **NOTICE UNDER 10 DEL.C. §3112 UNDER DELAWARE LONG ARM STATUTE TO DEFENDANT, CHARLES A. KLEIN & SONS, INC.** were filed electronically with the U.S. District Court and sent by registered and regular mail to:

Charles A. Klein & Sons, Inc.
5220 Klee Mill Road
Sykesville, MD 21784

                              DAVID P. CLINE, P.A.


                    BY:   <u>/s/ David P. Cline</u>
                          DAVID P. CLINE, ESQUIRE (#2681)
                          1300 Market Street, Suite 700
                          P.O. Box 1970
                          Wilmington, DE  19899-1970
                          (302) 529-7848
Dated: 10/4/07            *Attorney for Plaintiffs*



# David P. Cline

*Attorney-at-Law*

*davidcline@mylawman.com*

*Let Mylawman become Yourlawman.*™

715 N. KING ST., 1ST FLOOR
PO BOX 33
WILMINGTON DE 19899-0033
302  529 - 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

*LICENSED TO PRACTICE IN*
*DE MD NJ NY & PA*

FAX 302 654-0884

PLEASE NOTE NEW ADDRESS ABOVE; P.O. BOX REMAINS SAME

October 4, 2007

Charles A. Klein & Sons, Inc.
5220 Klee Mill Road
Sykesville, MD 21784

VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL

Re:   Russell L. Silicato, et al. vs. Timothy Ryan Richardson, et al.
      Case No.:  07-557 GMS

To Whom It May Concern:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953. This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint. Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you. A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident. If you do not have insurance that will cover you for this accident please contact me at the above. Thank you.

Very truly yours,

/s/ David P. Cline
(signed electronically)

**David P. Cline**

Enclosure
DPC/AS/a

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and  )
KATHERINE L. SILICATO, individually,  )          C.A. NO. 1:07-cv-00557-GMS
                                                            )
            *Plaintiffs,*                                 )
        vs.                                               )
                                                            )
TIMOTHY RYAN RICHARDSON,              )
individually, and                                   )
CHARLES A KLEIN & SONS INC,           )
a Foreign Corporation,                          )
                                                            )
            *Defendants.*                              )

### CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 18th day of October, 2007 copies of the **AMENDED COMPLAINT AND LONG ARM AFFIDAVIT UNDER 10 DEL.C. §3112** were filed electronically with the U.S. District Court and sent by regular mail to:

Charles A. Klein & Sons, Inc.
5220 Klee Mill Road
Sykesville, MD 21784


                                        By:     /s/ David P. Cline
                                                    David P. Cline, Esq. (#2681)
                                                    1300 North Market Street
                                                    Suite 700
                                                    Wilmington, De 19801
                                                    302-529-7848
                                                    Attorney for Plaintiffs

Date:   October 18, 2007