## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and ) <br> KATHERINE L. SILICATO, individually, ) <br> ) <br> *Plaintiffs,* ) <br> vs. ) <br> ) <br> TIMOTHY RYAN RICHARDSON, ) <br> individually, and ) <br> CHARLES A KLEIN & SONS INC, ) <br> a Foreign Corporation, ) <br> ) <br> *Defendants.* ) | C.A. NO. 1:07-cv-00557-GMS |

### AMENDED COMPLAINT

The plaintiffs amend their complaint in the above cause by filing an affidavit made on behalf of the plaintiffs as to the Defendant's non-resident, the said TIMOTHY RICHARDSON, and of the sending of a copy of the Complaint with Process and Notice as required by statute, the said affidavit with exhibits thereto to be considered incorporated in said Complaint as a part thereof.

BY:    /s/ David P. Cline
David P. Cline, Esq. (#2681)
1300 North Market Street
Suite 700
Wilmington, DE 19801
302-529-7848
*Attorney for Plaintiffs*

Date:    October 18, 2007

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and )
KATHERINE L. SILICATO, individually,  )    C.A. NO. 1:07-cv-00557-GMS
                                       )
            *Plaintiffs,*               )
        vs.                            )
                                       )
TIMOTHY RYAN RICHARDSON,               )
individually, and                      )
CHARLES A KLEIN & SONS INC,            )
a Foreign Corporation,                 )
                                       )
            *Defendants.*               )

## **AFFIDAVIT**

STATE OF DELAWARE          :
                           : SS
NEW CASTLE COUNTY          :

BE IT REMEMBERED, that on this 18th day of October, A.D., 2007 personally came

before me, the subscriber, a Notary Public for the State of Delaware, David P. Cline, Esquire,

who being by me duly sworn according to law, deposes and says:

1. That he is the attorney for the above named plaintiffs.

2. To the best of my information and belief, on October 4, 2007, a notice was sent to

    defendant, TIMOTHY RICHARDSON, by registered mail consisting of a copy of the

    process and complaint served upon the Secretary of State, and a statement that service of

    the original of such process has been made upon the Secretary of State and that such

    service is as effectual as if it had been made upon such nonresident personally within this

    state.

3. Attached as Exhibit "A" are the receipts given by the United States Post Office to me on

    October 4, 2007, the date of mailing of the notice to defendant.

4.  Attached as Exhibit "B" is the original, signed green card returned by the United States Post Office on October 16, 2007.

5.  The notice to defendant, TIMOTHY RICHARDSON, as required by 10 <u>Del. C.</u> § 3112 was contained in the envelope at the time it was mailed.

6.  Attached as Exhibit "C" is a copy of the notice which was sent to defendant, TIMOTHY RICHARDSON, along with process and complaint.

7.  Attached as Exhibit "D" is a copy of the letter that was sent along with the Notice.

_____
DAVID P. CLINE

SWORN to and SUBSCRIBED on this 18th day of October, 2007.

_____
NOTARY PUBLIC

**Angela M. Spinella**
**Notary Public - State of Delaware**
**My Comm. Expires Aug. 1, 2009**

Exhibit

A

```
              RODNEY SQUARE STATION
               WILMINGTON, Delaware
                   198019998
                 3379300501 -0096
10/04/2007    (800)275-8777    05:13:53 PM

                 Sales Receipt
Product          Sale  Unit        Final
Description       Qty  Price        Price

WEST CHESTER PA 19380               $1.65
Zone-1 First-Class
Large Env
 5.60 oz.
 Return Rcpt (Green Card)           $2.15
 Registered                         $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671980US
                                  ========
 Issue PVI:                        $13.30

WEST CHESTER PA 19380               $1.65
Zone-1 First-Class
Large Env
 5.70 oz.
 Return Rcpt (Green Card)           $2.15
 Registered                         $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671976US
                                  ========
 Issue PVI:                        $13.30

BERLIN MD 21811 Zone-2              $1.31
First-Class Large Env
 3.40 oz.
 Return Rcpt (Green Card)           $2.15
 Registered                         $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671931US
                                  ========
 Issue PVI:                        $12.96

BERLIN MD 21811 Zone-2              $1.31
First-Class Large Env
 3.30 oz.
 Return Rcpt (Green Card)           $2.15
 Registered                         $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671945US
                                  ========
 Issue PVI:                        $12.96
```

```
SYKESVILLE MD 21784                 $1.31
Zone-2 First-Class
Large Env
 3.30 oz.
 Return Rcpt (Green Card)           $2.15
 Registered                         $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671959US
                                  ========
 Issue PVI:                        $12 96

SYKESVILLE MD 21784                 $1.31
Zone-2 First-Class
Large Env
 3.30 oz.
 Return Rcpt (Green Card)           $2.15
 Registered                         $9.50
 Insured Value :        $0.00
 Article Value :        $0.00
 Label #:        RB295671962US
                                  ========
 Issue PVI:                        $12.96
                                  ========
Total:                             $78.44

Paid by:
Personal Check                     $78.44

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000400926332
Clerk: 04

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
        Thank you for your business.
******************************************
******************************************
       HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

       YOUR OPINION COUNTS
******************************************
******************************************


            Customer Copy
```

| Registered No. RB295671945US | | Date Stamp |
|---|---|---|

| Reg. Fee | $9.50 | | | 0501 |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $2.15 | |
| Postage | $1.31 | Restricted Delivery | $0.00 | 10/04/07 |
| Received by | | | | |
| Customer Must Declare Full Value $ | $0.00 | ☐ With Postal Insurance ☐ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

To Be Completed By Post Office

FROM
Darrell P. Cline, Esq.
P.O. Box 33
Wilmington, DE 19899-0033

TO
Timothy R. Richardson
8228 Shira Dr.
BERLIN MD 21811
Berlin, MD 21811

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

Exhibit

B

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Timothy L Richardson
8226 Shira Dr.
Berlin, MD 21811

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                             ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                  10-13-07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☒ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☒ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   (Transfer from service label)    RB 295 671 945 US

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540



## David Cline

| | |
|---|---|
| **From:** | ded_nefreply@ded.uscourts.gov |
| **Sent:** | Thursday, October 04, 2007 6:58 PM |
| **To:** | ded_ecf@ded.uscourts.gov |
| **Subject:** | Activity in Case 1:07-cv-00557-GMS Silicato et al v. Richardson et al Notice (Other) |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Cline, David on 10/4/2007 at 6:58 PM EDT and filed on 10/4/2007

| | |
|---|---|
| **Case Name:** | Silicato et al v. Richardson et al |
| **Case Number:** | 1:07-cv-557 |
| **Filer:** | Russell L. Silicato |
| | Katherine L. Silicato |

**Document Number:** 6

**Docket Text:**
NOTICE of Long Arm Service of Process Under 10 Del. C. Sec. 3112 to Defendant, Timothy Richardson by Russell L. Silicato, Katherine L. Silicato (Cline, David)


**1:07-cv-557 Notice has been electronically mailed to:**

David P. Cline    davidcline@mylawman.com

**1:07-cv-557 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/4/2007] [FileNumber=454513-0]
[dff5cf29e1637543360e4775ca99dc30d5b2eba737b6f4375a2621924fab9c5a3458
a585d141da87edea2ade465677a00d037765a5fa1614d5e46bea95345c2e]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| RUSSELL L. SILICATO, individually, and KATHERINE L. SILICATO, individually, | ) ) ) | C.A. NO. 1:07-cv-00557-GMS |
| *Plaintiffs,* | ) ) | |
| vs. | ) ) | |
| TIMOTHY RYAN RICHARDSON, individually, and CHARLES A. KLEIN & SONS INC, a Foreign Corporation, | ) ) ) ) ) | |
| *Defendants.* | ) | |

### NOTICE

TO:    Timothy Ryan Richardson
8226 Shira Drive
Berlin, MD 21811

    PLEASE TAKE NOTICE that the original of the enclosed Complaint was filed upon the Secretary of State of Delaware pursuant to 10 Del. C. Section 3112.

    Service on the Secretary pursuant to 10 Del. C. Section 3112 is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

                    /s/ David P. Cline
                    David P. Cline, Esq. (#2681)
                    1300 North Market Street
                    Suite 700
                    Wilmington, DE 19801
                    302-529-7848
                    *Attorney for Plaintiffs*

Date:  10/04/07

Letter to Defendant, Timothy Ryan Richardson, regarding long arm service of process as prescribed by Section 3112 of the Delaware Code of 1953

# David P. Cline

*Attorney-at-Law*

*Let Mylawman become Yourlawman.*™

davidcline@mylawman.com

LICENSED TO PRACTICE IN
DE MD NJ NY & PA

FAX 302 654-0884

715 N. KING ST., 1ST FLOOR
PO BOX 33
WILMINGTON DE 19899-0033
302  529 – 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

## PLEASE NOTE NEW ADDRESS ABOVE; P.O. BOX REMAINS SAME

October 4, 2007

Timothy Ryan Richardson
8226 Shira Drive
Berlin, MD 21811

## VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL

Re:    Russell L. Silicato, et al. vs. Timothy Ryan Richardson, et al.
       Case No.:  07-557 GMS

Dear Mr. Richardson:

Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953.  This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint.  Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you.  A copy of that answer must be served upon me.

Please turn this matter over to the auto insurance company that was in effect on the date of this accident.  If you do not have insurance that will cover you for this accident please contact me at the above.  Thank you.

Very truly yours,

/s/ David P. Cline
(signed electronically)

David P. Cline

Enclosure
DPC/AS/a

Return of Service from Secretary of State for
Defendant, Timothy Ryan Richardson, for long
arm service of process as prescribed by Section
3112 of the Delaware Code of 1953

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

RUSSELL L. SILICATO, individually, and
KATHERINE L. SILICATO, individually,
                      Plaintiffs,

       V.

TIMOTHY RYAN RICHARDSON, individually and
CHARLES A. KLEIN & SONS, INC., a foreign
corporation,         Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:         . . 5 7  GMS

TO: (Name and address of Defendant)
TIMOTHY RYAN RICHARDSON

8226 SHIRA DRIVE,

BERLIN, MD  21811

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID P. CLINE, ESQUIRE

715 KING STREET, SUITE 100

P.O.BOX 33

WILMINGTON, DE  19899-0033

(302) 529-7848

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____ 9/17/07 _____
DATE

CLERK

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 9/28/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):    SERVED: TIMOTHY RYAN RICHARDSON UNDER 10 DEL. CODE SEC 3112 C/O THE DELAWARE SECRETARY OF STATE   TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/07
_____
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Original Complaint Filed on September 17, 2007

Case 1:07-cv-00557-GMS   Document 10   Filed 10/18/2007   Page 18 of 28
Case 1:07-cv-00557-GMS   Document 6   Filed 10/04/2007   Page 8 of 15
Case 1:07-cv-00557-UNA   Document 1-2   Filed 09/17/2007   Page 1 of 1

07-557

JS 44 (Rev. 11/04)                          **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** Silicato, Russell & Katherine, husband & wife, and individually

**DEFENDANTS** Richardson, Timothy Ryan, Individually

**(b)** County of Residence of First Listed Plaintiff New Castle
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant Worcester
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) 302-529-7848 715 King St, Ste.101, Box 33, Wilm, De 19899-0033

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)
[Nature of suit checkboxes; 350 Motor Vehicle marked]

**V. ORIGIN** ☒1 Original Proceeding

**VI. CAUSE OF ACTION** Cite the U.S. Civil Statute under which you are filing: 28 U.S.C. § 1332 - Diversity
Brief description of cause: Personal Injury - Auto

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** None   JUDGE   DOCKET NUMBER

DATE 9/17/07   SIGNATURE OF ATTORNEY OF RECORD X [signature]

FOR OFFICE USE ONLY
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and )
KATHERINE L. SILICATO, individually,     )      C.A. NO.
                                         )
          *Plaintiffs,*                  )
                                         )
     vs.                                 )
                                         )
TIMOTHY RYAN RICHARDSON,                 )
individually, and                        )
CHARLES A. KLEIN & SONS INC.,            )
a Foreign Corporation,                   )
                                         )
          *Defendants.*                  )

## COMPLAINT

Plaintiffs, Russell L. Silicato and Katherine L. Silicato, through their counsel, David P.

Cline, Esquire and Steven J. Stirparo, Esquire, say by way of Complaint that:

## JURISDICTION

### I.      JURISDICTION BASED ON DIVERSITY OF CITIZENSHIP

1.     Jurisdiction is based on diversity of citizenship and the amount in controversy

exceeds Seventy Five Thousand Dollars ($75,000), exclusive of interest and costs.

2.     Jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332.

## VENUE

3.     Venue lies under 28 U.S.C. Section 1391.

## PARTIES

4.     Plaintiff, Russell L. Silicato, is and was at all times pertinent hereto a resident of

the state of Delaware, residing at 3080 Wrangle Hill Road, Bear, Delaware 19701.

5.    Plaintiff, Katherine L. Silicato, is and was at all times pertinent hereto a resident of the state of Delaware, residing at 3080 Wrangle Hill Road, Bear, Delaware 19701, and is the wife of plaintiff, Russell L. Silicato.

6.    Defendant, Timothy Ryan Richardson, an individual, upon information and belief, is believed at all times pertinent hereto, a resident of the state of Maryland, residing at 8226 Shira Drive, Berlin, Maryland 21811.

7.    Defendant, Charles A. Klein & Sons Inc., a Foreign Corporation, upon information and belief, is believed to be at all times pertinent hereto, a Foreign Corporation of the state of Maryland, with its principal place of business located at 5220 Klee Mill Road, Sykesville, Maryland 21784.

8.    At all times pertinent hereto, defendant Timothy Ryan Richardson was acting within the course and scope of his employment with defendant Charles A. Klein & Sons Inc. Therefore, defendant Charles A. Klein & Sons Inc is responsible for the reckless, wanton and/or negligent actions and/or inactions of defendant Timothy Ryan Richardson as an agent, employee and/or servant under the doctrine of *Respondeat Superior* and the law of agency as the principal, employer or master.

## COUNT I

9.    Plaintiffs hereby incorporate paragraphs 1 through 8 as if fully set forth herein.

10.    On September 17, 2005, at approximately 11:50 a.m., plaintiff, Russell L. Silicato, was operating his motorcycle traveling in a southerly direction on Race Track Road, with his wife Katherine L. Silicato as his passenger.

11.    At the same time and place, defendant, Timothy Ryan Richardson, was operating a vehicle owned by Charles A Klein & Sons Inc, traveling in a northerly direction on Race Track

Case 1:07-cv-00557-GMS    Document 10    Filed 10/18/2007    Page 21 of 28
Case 1:07-cv-00557-GMS    Document 6    Filed 10/04/2007    Page 11 of 15
Case 1:07-cv-00557-UNA    Document 1    Filed 09/17/2007    Page 3 of 5

Road and operated such vehicle in a negligent, careless and/or reckless manner, by failing to yield to oncoming traffic while attempting to make a left hand turn, causing his vehicle to violently collide into plaintiff, Russell L. Silicato's motorcycle.

12.    This incident was the result of the negligence, carelessness, and /or recklessness of the defendant, Timothy Ryan Richardson, and was not caused in any manner whatsoever by the act or failure to act on the part of the plaintiffs.

13.    The aforesaid collision and plaintiff Russell L. Silicato's resulting injuries and damages were proximately caused by the recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson in that he:

a.    failed to maintain a proper lookout while operating the vehicle he was driving;

b.    failed to give full time and attention to the operation of the vehicle he was driving;

c.    operated the vehicle he was driving in a careless and imprudent manner, without due regard for traffic conditions then existing;

d.    failed to exercise and maintain proper control over the vehicle he was driving;

e.    failed to give full time and attention to the operation of his motor vehicle; and

f.    violated the common-law duty of lookout.

14.    As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato suffered severe bodily injuries including, but not limited to, injuries to his neck, upper back, shoulders, ribs, right thumb, right hip, right foot and right arm. Some or all of his injuries have continued since the collision and are permanent in nature.

15.    As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato has incurred, and will continue to incur in the future, medical and related expenses for his care and treatment.

16.    As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

17.    As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato has sustained in the past and may sustain in the future a loss of earnings and/or earning capacity.

18.    As a further direct and proximate result of the recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato suffered the loss of consortium and companionship of her husband, Russell L. Silicato, as a result of his injuries.

## COUNT II

19.    Plaintiffs hereby incorporate paragraphs 1 through 18 as if fully set forth herein.

20.    As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato suffered severe bodily injuries including, but not limited to, injuries to her right knee. Some or all of her injuries have continued since the collision and are permanent in nature.

21.    As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato has incurred, and will continue to incur in the future, medical and related expenses for her care and treatment.

Case 1:07-cv-00557-GMS    Document 10    Filed 10/18/2007    Page 23 of 28
Case 1:07-cv-00557-GMS    Document 6    Filed 10/04/2007    Page 13 of 15
Case 1:07-cv-00557-UNA    Document 1    Filed 09/17/2007    Page 5 of 5

22. As a further consequence of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato has incurred in the past and will incur in the future, pain, suffering, discomfort and mental anguish.

23. As a direct and proximate result of the aforementioned recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Katherine L. Silicato has sustained in the past and may sustain in the future a loss of earnings and/or earning capacity.

24. As a further direct and proximate result of the recklessness, wantonness and/or negligence of defendant Timothy Ryan Richardson, plaintiff Russell L. Silicato suffered the loss of consortium and companionship of his wife, Katherine L. Silicato, as a result of her injuries.

WHEREFORE, plaintiffs demand judgment against defendants, jointly and severally, for their special and general damages, including pain and suffering, punitive damages, attorney fees, pre and post judgment interest, the costs of this action and other such relief as the Court finds just.

DAVID P. CLINE, P.A.

BY: /s/ David P. Cline
David P. Cline, Esq. (#2681)
715 King Street, Suite 100
P.O. Box 33
Wilmington, DE 19899-0033
Attorney for Plaintiffs
(302) 529-7848

Dated: September 17, 2007

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. _____ .. 5 7

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 2 _____ COPIES OF AO FORM 85.

_____17 Sept 2007_____     _____
(Date forms issued)         (Signature of Party or their Representative)

David P. Cline
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and )
KATHERINE L. SILICATO, individually,  )          C.A. NO. 1:07-cv-00557-GMS
                                       )
            *Plaintiffs,*               )
        vs.                            )
                                       )
TIMOTHY RYAN RICHARDSON,               )
individually, and                      )
CHARLES A KLEIN & SONS INC,            )
a Foreign Corporation,                 )
                                       )
            *Defendants.*               )

### NOTICE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 4th day of October, 2007 copies of the **NOTICE UNDER 10 DEL.C. §3112 UNDER DELAWARE LONG ARM STATUTE TO DEFENDANT, TIMOTHY RYAN RICHARDSON** were filed electronically with the U.S. District Court and sent by registered and regular mail to:

Timothy Ryan Richardson
8226 Shira Drive
Berlin, MD 21811

DAVID P. CLINE, P.A.

BY:    /s/ David P. Cline
       DAVID P. CLINE, ESQUIRE (#2681)
       1300 Market Street, Suite 700
       P.O. Box 1970
       Wilmington, DE  19899-1970
       (302) 529-7848
       *Attorney for Plaintiffs*

Dated:  10/4/07





Case 1:07-cv-00557-GMS    Document 6    Filed 10/04/2007    Page 3 of 15

# David P. Cline

*Attorney-at-Law*

*Let Mylawman become Yourlawman.*™

*davidcline@mylawman.com*

*LICENSED TO PRACTICE IN*
*DE MD NJ NY & PA*

FAX 302 654-0884

715 N. KING ST., 1ST FLOOR
PO BOX 33
WILMINGTON DE 19899-0033
302 529 - 7848
302 LAW-SUIT

PHILADELPHIA, PA 19103
MEDIA, PA 19063
MT LAUREL, NJ 08054

**PLEASE NOTE NEW ADDRESS ABOVE; P.O. BOX REMAINS SAME**

October 4, 2007

Timothy Ryan Richardson
8226 Shira Drive
Berlin, MD 21811

**VIA REGISTERED MAIL/RETURN RECEIPT REQUESTED & REGULAR MAIL**

Re:     Russell L. Silicato, et al. vs. Timothy Ryan Richardson, et al.
        Case No.:  07-557 GMS

Dear Mr. Richardson:

   Please take notice that the enclosed process and complaint have been served upon the Secretary of State as prescribed by Section 3112 of Title 10 of the Delaware Code of 1953.  This service upon the Secretary of State is made as if that service had been made upon you personally. Enclosed please find a copy of the Service of Process and the Complaint.  Please note that you have 20 days from the date of service of this letter to file an answer to this complaint or a default judgment will be entered against you.  A copy of that answer must be served upon me.

   Please turn this matter over to the auto insurance company that was in effect on the date of this accident.  If you do not have insurance that will cover you for this accident please contact me at the above.  Thank you.

                    **Very truly yours,**

                    /s/ David P. Cline
                    (signed electronically)

                    **David P. Cline**

Enclosure
DPC/AS/a

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

RUSSELL L. SILICATO, individually, and )
KATHERINE L. SILICATO, individually, )    C.A. NO. 1:07-cv-00557-GMS
)
       *Plaintiffs,* )
   vs. )
)
TIMOTHY RYAN RICHARDSON, )
individually, and )
CHARLES A KLEIN & SONS INC, )
a Foreign Corporation, )
)
       *Defendants.* )

## CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 18th day of October, 2007 copies of the **AMENDED COMPLAINT AND LONG ARM AFFIDAVIT UNDER 10 DEL.C. §3112** were filed electronically with the U.S. District Court and sent by regular mail to:

Timothy Richardson
8226 Shira Drive
Berlin, MD 21811

                   By:   /s/ David P. Cline
                          David P. Cline, Esq. (#2681)
                          1300 North Market Street
                          Suite 700
                          Wilmington, De 19801
                          302-529-7848
                          Attorney for Plaintiffs

Date:   October 18, 2007