AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and<br><br>KATHERINE L. SILICATO, individually,<br><br>       V.       Plaintiffs,<br><br>TIMOTHY RYAN RICHARDSON, individually and<br><br>CHARLES A. KLEIN & SONS, INC., a foreign<br><br>corporation,       Defendants. | )<br>)<br>)<br>) |

### SUMMONS IN A CIVIL CASE

CASE NUMBER:     .. 7   GMS


TO: (Name and address of Defendant)
TIMOTHY RYAN RICHARDSON

8226 SHIRA DRIVE,

BERLIN, MD   21811


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID P. CLINE, ESQUIRE

715 KING STREET, SUITE 100

P.O.BOX 33

WILMINGTON, DE   19899-0033

(302) 529-7848


an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO

_____     _9/17/07_____
CLERK                                DATE

_____
(By) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 9/28/07 |
|---|---|

| NAME OF SERVER (PPJNT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED:  TIMOTHY RYAN RICHARDSON UNDER 10 DEL. CODE SEC 3104 C/O THE DELAWARE SECRETARY OF STATE, TOWNSEND BLDG. DOVER, DE COPIES THEREOF WERE ACCEPTED BY KAREN CHARBANEAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/28/07
_____
Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.