AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and KATHERINE L. SILICATO, individually, Plaintiffs, V. TIMOTHY RYAN RICHARDSON, individually and CHARLES A. KLEIN & SONS, INC., a foreign corporation, Defendants. | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: 07-557 |

TO: (Name and address of Defendant)
CHARLES A. KLEIN & SONS, INC., a foreign corporation
5220 KLEE MILL ROAD
SYKESVILLE, MD 21784

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID P. CLINE, ESQUIRE
715 KING STREET, SUITE 100
P.O. BOX 33
WILMINGTON, DE 19899-0033
(302) 529-7848

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    9/17/07
CLERK                              DATE

_E. Shickli_
(By) DEPUTY CLERK

United States District Court, District of Delaware

| | | |
|---|---|---|
| RUSSELL L. SILICATO<br>PLAINTIFF(S) | )<br>)<br>) | |
| V. | )<br>) | Case #   07-557 |
| TIMOTHY RYAN RICHARDSON<br>DEFENDANT(S) | )<br>)<br>)<br>) | |

I declare that I am a citizen of the United States, over the age of eighteen and not party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| I served | **CHARLES A. KLEIN & SONS** |
| with the | **SUMMONS IN A CIVIL CASE, CIVIL COVER SHEET & COMPLAINT** |
| by serving | **CHARLES A. KLEIN, JR., RESIDENT AGENT** |
| on | **OCTOBER 17, 2007 at 12:40 PM** |
| at | **MEETING PLACE: OWINGS MILLS MALL, 10300 MILL RUN CIRCLE, OWINGS MILLS, MD, 21117** |

### DESCRIPTION

| **MALE**<br>SEX | **CAUCASIAN**<br>RACE | **50**<br>AGE | **BROWNISH**<br>HAIR |
|---|---|---|---|
| **6'**<br>HEIGHT | **225-250 LBS**<br>WEIGHT | | **HAZEL**<br>EYES |

I declare under penalty of perjury that the information contained herein is true, correct, and this affidavit was executed on Friday, October 19, 2007, Baltimore, MD.

_____
SHARON G. ALLEYNE
Brandywine Process Servers, Inc
P.O. Box 1360
Wilmington, DE 19899
800-952-2288   Fax: 302-239-0928
Job #26919