AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Delaware

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and KATHERINE L. SILICATO, individually, <br>              V.     Plaintiffs, <br> TIMOTHY RYAN RICHARDSON, individually and CHARLES A. KLEIN & SONS, INC., a foreign corporation,    Defendants. | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER:    0 7 - 5 5 7 |

TO: (Name and address of Defendant)
TIMOTHY RYAN RICHARDSON
8226 SHIRA DRIVE,
BERLIN, MD 21811

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID P. CLINE, ESQUIRE
715 KING STREET, SUITE 100
P.O. BOX 33
WILMINGTON, DE 19899-0033
(302) 529-7848

an answer to the complaint which is served on you with this summons, within _Twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

_E. Strickland_ (signature)
(By) DEPUTY CLERK

DATE    9/17/07

RUSSELL C. SILICATO ET AL
vs. TIMOTHY RYAN RICHARDSON ET AL.

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10/8/07  8:25 am |
| NAME OF SERVER (PRINT)  C. BRUCE SPANGLER | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: KAREN RICHARDSON (MOTHER)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/8/07
          Date

Signature of Server: C Bruce [signature]

Address of Server: 10031 OLD OCEAN CITY BLVD
BERLIN, MD. 21811

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and )<br>KATHERINE L. SILICATO, individually,  )<br>                                                                )<br>            *Plaintiffs,*                                     )<br>      vs.                                                        )<br>                                                                )<br>TIMOTHY RYAN RICHARDSON,       )<br>individually, and                                         )<br>CHARLES A KLEIN & SONS INC,      )<br>a Foreign Corporation,                              )<br>                                                                )<br>            *Defendants.*                                 ) | C.A. NO. 1:07-cv-00557-GMS |

### CERTIFICATE OF SERVICE

    I, David P. Cline, Esquire, hereby certify that on this 6th day of November, 2007 copies of the **RETURN OF SERVICE TO DEFENDANT, TIMOTHY RYAN RICHARDSON** were filed electronically with the U.S. District Court and sent by regular mail to:

Maria Poehner, Esquire
Bifferato, Gentilotti, Biden, & Balick
800 North King Street
P.O. Box 2165
Wilmington, DE 19899

                                                                      By:   /s/ David P. Cline
                                                                          David P. Cline, Esq. (#2681)
                                                                          1300 North Market Street
                                                                          Suite 700
                                                                          Wilmington, De 19801
                                                                          302-529-7848
                                                                          *Attorney for Plaintiffs*

Date:   November 6, 2007