IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and KATHERINE L. SILICATO, individually, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY RYAN RICHARDSON, Individually, and CHARLES A. KLEIN & SONS INC., a Foreign Corporation, <br><br> Defendants. | C.A. No.: 1:07-cv-00557 |

## NOTICE OF SERVICE

I, Maria Poehner, attorney for Defendants, hereby certify that a copy of *Interrogatories and Request for Production of Documents Directed to Russell L. Silicato and Katherine L. Silicato* were served upon:

David P. Cline, Esquire
1300 Market Street, Suite 700
PO Box 1970
Wilmington, DE 19899-1970

by Electronic Filing on April 21, 2008.

BIFFERATO GENTILOTTI LLC

/s/ Maria J. Poehner
MARIA J. POEHNER, Esquire (3213)
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorney for Defendants

Date: April 21, 2008