IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and KATHERINE L. SILICATO, individually, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY RYAN RICHARDSON, Individually, and CHARLES A. KLEIN & SONS INC., a Foreign Corporation, <br><br> Defendants. | C.A. No.: 1:07-cv-00557 |

### NOTICE TO TAKE DEPOSITION

TO:  David P. Cline, Esquire
715 King Street, Ste. 100
P.O. Box 33
Wilmington, DE 19899-0033

PLEASE TAKE NOTICE that on June 12, 2008, the undersigned will take the oral deposition of following in the offices of Bifferato Gentilotti LLC, 800 N. King Street, Plaza Level, Wilmington, DE 19801:

Russell L. Silicato at 11:00 a.m.

Katherine L. Silicato at 12:00 p.m.

BIFFERATO GENTILOTTI LLC

/s/ Maria J. Poehner
MARIA J. POEHNER, Esquire (3213)
800 N. King Street
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900
Attorney for Defendants

Date: 4/23/08