## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and )<br>KATHERINE L. SILICATO, individually, )<br>)<br>      *Plaintiffs,* )<br>  vs. )<br>)<br>TIMOTHY RYAN RICHARDSON, )<br>individually, and )<br>CHARLES A KLEIN & SONS INC, )<br>a Foreign Corporation, )<br>)<br>      *Defendants.* ) | C.A. NO. 1:07-cv-00557-GMS |

### NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that on June 12, 2008, the undersigned will take the oral deposition of the following in the office of Bifferato, Gentilott, LLC, 800 North King Street, Plaza Level, Wilmington, Delaware 19801:

Timothy Ryan Richardson at 10:00 a.m.

Steven J. Carter at 1:00 p.m.

By:    /s/ David P. Cline
        David P. Cline, Esq. (#2681)
        715 North King Street
        1st Floor
        P.O. Box 33
        Wilmington, DE 19899-0033
        302-529-7848
        *Attorney for Plaintiffs*

Dated: April 24, 2008