## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and ) <br> KATHERINE L. SILICATO, individually, ) <br> ) <br> *Plaintiffs,* ) <br> vs. ) <br> ) <br> TIMOTHY RYAN RICHARDSON, ) <br> individually, and ) <br> CHARLES A KLEIN & SONS INC, ) <br> a Foreign Corporation, ) <br> ) <br> *Defendants.* ) | C.A. NO. 1:07-cv-00557-GMS |

## CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 25th day of April, 2008 two copies of the **PLAINTIFFS' INTERROGATORIES DIRECTED TO DEFENDANTS, TIMOTHY RYAN RICHARDSON, AND CHARLES A. KLEIN & SONS, INC.** were sent by U.S. Mail to:

> Maria Poehner, Esquire
> Bifferato, Gentilotti, Biden, & Balick
> 800 North King Street
> P.O. Box 2165
> Wilmington, DE 19899

By: /s/ David P. Cline
David P. Cline, Esq. (#2681)
715 North King Street
1st Floor
P.O. Box 33
Wilmington, DE 19899-0033
302-529-7848
*Attorney for Plaintiffs*

Dated: April 25, 2008