**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| RUSSELL L. SILICATO, individually, and | ) | |
| KATHERINE L. SILICATO, individually, | ) | C.A. NO. 1:07-cv-00557-GMS |
| | ) | |
| *Plaintiffs,* | ) | |
| vs. | ) | |
| | ) | |
| TIMOTHY RYAN RICHARDSON, | ) | |
| individually, and | ) | |
| CHARLES A KLEIN & SONS INC, | ) | |
| a Foreign Corporation, | ) | |
| | ) | |
| *Defendants.* | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I, David P. Cline, Esquire, hereby certify that on this 25th day of April, 2008 two copies

of the **<u>PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO</u>**

**<u>DEFENDANTS, TIMOTHY RYAN RICHARDSON, AND CHARLES A. KLEIN & SONS,</u>**

**<u>INC.</u>** were sent by U.S. Mail to:

Maria Poehner, Esquire
Bifferato, Gentilotti, Biden, & Balick
800 North King Street
P.O. Box 2165
Wilmington, DE 19899

By:    /s/ David P. Cline
David P. Cline, Esq. (#2681)
715 North King Street
1st Floor
P.O. Box 33
Wilmington, DE 19899-0033
302-529-7848
*Attorney for Plaintiffs*

Dated:  April 25, 2008