## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and ) <br> KATHERINE L. SILICATO, individually, ) <br> ) <br>       *Plaintiffs*, ) <br> vs. ) <br> ) <br> TIMOTHY RYAN RICHARDSON, ) <br> individually, and ) <br> CHARLES A KLEIN & SONS INC, ) <br> a Foreign Corporation, ) <br> ) <br>       *Defendants.* ) | C.A. NO. 1:07-cv-00557-GMS |

### NOTICE TO TAKE DEPOSITION

PLEASE TAKE NOTICE that on July 9, 2008, the undersigned will take the oral deposition of the following via telephone with the court reporter being in the office of David P. Cline, 715 North King Street, Suite 100, Wilmington, Delaware 19801:

Steven J. Carter at 5:30 p.m. *(via telephone)*

Molly Carter at 6:30 p.m. *(via telephone)*

                                                                                By:    /s/ David P. Cline  
                                                                                       David P. Cline, Esq. (#2681)  
                                                                                       715 North King Street  
                                                                                       1st Floor  
                                                                                       P.O. Box 33  
                                                                                       Wilmington, DE 19899-0033  
                                                                                       302-529-7848  
                                                                                       *Attorney for Plaintiffs*

Dated:  May 15, 2008

cc:     Wilcox & Fetzer