## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and )<br>KATHERINE L. SILICATO, individually, )<br>)<br>      *Plaintiffs,* )<br>  vs. )<br>)<br>TIMOTHY RYAN RICHARDSON, )<br>individually, and )<br>CHARLES A KLEIN & SONS INC, )<br>a Foreign Corporation, )<br>)<br>      *Defendants.* ) | C.A. NO. 1:07-cv-00557-GMS |

### CERTIFICATE OF SERVICE

    I, David P. Cline, Esquire, hereby certify that on this 11th day of June, 2008 two copies of the **PLAINTIFF, KATHERINE L. SILICATO'S, RESPONSES TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS** AND **PLAINTIFF, KATHERINE SILICATO'S, ANSWERS TO DEFENDANTS' INTERROGATORIES** were hand delivered to:

Maria Poehner, Esquire
Bifferato, Gentilotti, Biden, & Balick
800 North King Street
P.O. Box 2165
Wilmington, DE 19899

                                                                      By:    /s/ David P. Cline
                                                                                  David P. Cline, Esq. (#2681)
                                                                                   715 North King Street
                                                                                    1st Floor
                                                                                   P.O. Box 33
                                                                                  Wilmington, DE 19899-0033
                                                                                  302-529-7848
                                                                                  *Attorney for Plaintiffs*

Dated: June 11, 2008