## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RUSSELL L. SILICATO, individually, and ) <br> KATHERINE L. SILICATO, individually, ) <br> ) <br> *Plaintiffs,* ) <br> vs. ) <br> ) <br> TIMOTHY RYAN RICHARDSON, ) <br> individually, and ) <br> CHARLES A KLEIN & SONS INC, ) <br> a Foreign Corporation, ) <br> ) <br> *Defendants.* ) | C.A. NO. 1:07-cv-00557-GMS |

### CERTIFICATE OF SERVICE

I, David P. Cline, Esquire, hereby certify that on this 11th day of June, 2008 two copies of the **PLAINTIFF, RUSSELL L. SILICATO'S, RESPONSES TO DEFENDANTS' REQUEST FOR PRODUCTION OF DOCUMENTS** AND **PLAINTIFF, RUSSELL L. SILICATO'S, ANSWERS TO DEFENDANTS' INTERROGATORIES** were hand delivered to:

> Maria Poehner, Esquire
> Bifferato, Gentilotti, Biden, & Balick
> 800 North King Street
> P.O. Box 2165
> Wilmington, DE 19899

> By: /s/ David P. Cline
> David P. Cline, Esq. (#2681)
> 715 North King Street
> 1st Floor
> P.O. Box 33
> Wilmington, DE 19899-0033
> 302-529-7848
> *Attorney for Plaintiffs*

Dated: June 11, 2008